UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. MATTHEW IZEH,

                Plaintiff,

-against-

THE AMBASSADOR OF NIGERIA TO THE UNITED STATES OF AMERICA, ET AL.,

                Defendants.

25-CV-3975 (KMW)

BAR ORDER UNDER
28 U.S.C. § 1651

KIMBA M. WOOD, United States District Judge:

    Plaintiff filed this action *pro se*. On July 16, 2025, the Court dismissed the action as barred by the doctrine of diplomatic immunity and as frivolous. (ECF No. 6.) The Court noted that Plaintiff has filed a dozen other cases that the court has dismissed as frivolous, lacking merit, duplicative or for failure to comply with court orders. The Court ordered Plaintiff to show cause by declaration, within thirty days, why he should not be barred from filing further actions *in forma pauperis* ("IFP") in this court without prior permission.[1] Plaintiff has not filed a declaration as directed. Accordingly, the Court issues the following bar order.

## CONCLUSION

    The Court hereby bars Plaintiff from filing future civil actions IFP in this court without first obtaining permission from the court. *See* 28 U.S.C. § 1651. Plaintiff must attach a copy of his proposed complaint and a copy of this Order to any motion seeking leave to file. The motion

---

[1] On July 28, 2025, the Order was returned to the court with a notation stating, "Return to Sender." The Court confirmed, using records maintained by the New York City Department of Correction, that Plaintiff's address was correct, and, on August 25, 2025, the Court directed the Clerk of Court to resend a copy of the Order to Plaintiff's address of record. The second mailing has not been returned.

must be filed with the Pro Se Intake Unit of this court. If Plaintiff violates this Order and files an action without filing a motion for leave to file, the court will dismiss the action for failure to comply with this Order.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter judgment dismissing this action.

SO ORDERED.

Dated: November 18, 2025
       New York, New York

                                        /s/ Kimba M. Wood
                                            KIMBA M. WOOD
                                       United States District Judge