UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. MATTHEW IZEH,<br><br>                              Plaintiff,<br><br>        -against-<br><br>THE AMBASSADOR OF NIGERIA TO THE UNITED STATES OF AMERICA, ET AL.,<br><br>                              Defendants. | 25-cv-3975 (KMW)<br><br>CIVIL JUDGMENT |

For the reasons stated in the November 18, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 19, 2025
             New York, New York

                                                          /S/ Kimba M. Wood
                                                          KIMBA M. WOOD
                                                          United States District Judge